**95–457. State ex rel. Whitmer v. Indus. Comm.**
Franklin App. No. 94APD01–59. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,
IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.
Consolidated case No. 95–490, *State ex rel. Whitmer v. Indus. Comm.*, Franklin App. No. 94APD01–59, remains pending.

**96–1352. In re Robinson.**
Hamilton App. No. C–960350. This cause is pending before the court as a discretionary appeal and a claimed appeal of right. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction, due July 22, 1996, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,
IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte.*

**97–13. Coventry Edn. Assn. v. Coventry Local School Dist. Bd. of Edn.**
Summit App. No. 17795. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's application for dismissal,
IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Thursday, February 13, 1997*

## MOTION DOCKET

**95–2591. Sharon Village Ltd. v. Licking Cty. Bd. of Revision.**
Board of Tax Appeals, No. 94–M–1214. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the *amicus curiae* motion to participate in oral argument scheduled for February 19, 1997,
IT IS ORDERED by the court that counsel for the Institute of Property Taxation and the National Council of Property Tax Consultants may present argument within the time allotted to appellant pursuant to S.Ct. Prac.R. IX(5).

**95–2594. Derby Downs Ltd. v. Licking Cty. Bd. of Revision.**
Board of Tax Appeals, No. 94–M–1215. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the *amicus curiae* motion to participate in oral argument scheduled for February 19, 1997, .
IT IS ORDERED by the court that counsel for the Institute of Property Taxation and the National Council of Property Tax Consultants may present argument within the time allotted to appellant pursuant to S.Ct.Prac.R. IX(5).

**95–2596. Cherry Lee Ltd., Realty Dev. Co. #3 v. Licking Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 94–M–1325 and 94–M–1326. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the *amicus curiae* motion to participate in oral argument scheduled for February 19, 1997,
IT IS ORDERED by the court that counsel for the Institute of Property Taxation and the National Council of Property Tax Consultants may present argument within the time allotted to appellant pursuant to S.Ct.Prac.R. IX(5).